164 A.3d 394

IN THE MATTER OF REGISTRANT G.B. (G.B.—PETITIONER)

March 16, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–003617–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

164 A.3d 394

STATE OF NEW JERSEY, PLAINTIFF-PETITIONER, v.
ALLEN ALEXANDER (A/K/A KARON KEENAN),
DEFENDANT-RESPONDENT.

March 16, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–002682–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is granted; and it is further

ORDERED that the appellant may serve and file a supplemental brief on or before May 16, 2017, and respondent may serve and file a supplemental brief forty-five (45) days after the filing of appellant's supplemental submission, or, if appellant declines to file such a submission, on or before June 30, 2017.